## STATE OF FLORIDA v ARADI

Case No. 87-054 AC (County Court Case No. 7727Z,3PG)

Eleventh Judicial Circuit, Appellate Division, Dade County

February 1, 1988

### APPEARANCES OF COUNSEL

**Robert A. Butterworth,** Attorney General, and **Yvette Rhodes Prescott,** Assistant Attorney General, for appellant.

**Sheldon Schwartz** and **Laura B. Sayet** for appellee.

Before HENDERSON, NADLER, SALMON, JJ.

### OPINION OF THE COURT

SALMON, J.

The State is not responsible to produce state witnesses subpoenaed

by the defense for discovery purposes. *State v. Del Guadio,* 445 So.2d 605 (Fla. 3d DCA 1984). The requests for continuance made by Appellee, therefor, made him unavailable for trial within the meaning of the speedy trial rule. He should not have been discharged. Fla. R. Crim. P. 3.191(d)(3).

Reversed and remanded for trial.

HENDERSON and NADLER, JJ., concur.